UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

MINOR CHILD – B.R. INDIVIDUALLY
AND BY DANIELL STENFTENAGEL,
HIS NATURAL MOTHER AND GUARDIAN,

    Plaintiff

v.                                      Civil Action No.: 3:18-cv-00061-RLY-MPB

CITY OF JASPER (INDIANA),
JASPER POLICE DEPARTMENT,
AND OFFICER JON FLECK
IN HIS INDIVIDUAL CAPACITY,

    Defendants

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is;

ORDERED by the Court that this cause be and the same hereby is dismissed with prejudice, the parties to pay their own costs.

SO ORDERED this 9th day of May 2019.

                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record